IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | CRIMINAL NO. 5:19-CR-00044-001 (TES) |
| KELVIN HENRY | |

## ORDER OF RECOMMENDATION FOR THE BOP TO HOUSE THE DEFENDANT PRIOR TO SENTENCING

This correspondence shall serve as an order of recommendation for the Bureau of Prisons to house the defendant prior to his sentencing, which is tentatively scheduled for November 3, 2021.

WHEREAS, Kelvin Henry was found guilty by a jury on August 10, 2021. The defendant was found guilty on the following counts: Count Four – Possession with Intent to Distribute Methamphetamine, Count Five – Possession with Intent to Distribute Heroin, Count Seven – Possession with Intent to Distribute a Scheduled IV Substance, Count Eight – Possession of a Firearm by a Convicted Felon, and Count Nine – Possession of a Firearm in Furtherance of a Drug Trafficking Crime.

WHEREAS, the conviction requires a statutory mandatory minimum sentence of at least fifteen years.

WHEREAS, Kelvin Henry has been diagnosed with Stage Four Prostate Cancer and receives chemotherapy treatment. However, the county jail where the defendant is being housed is unable to provide the necessary treatment and the U.S. Marshals Service is having difficulty locating treatment providers and scheduling chemotherapy treatments for the defendant.

THEREFORE, it is the recommendation of this Court that the Bureau of Prisons house the defendant while he awaits sentencing so that sufficient medical care may be provided.

This 2 day of September, 2021

TILMAN E. SELF, III
U.S. DISTRICT JUDGE